IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARY OGUINN                                                                 PLAINTIFF

VS.                                    3:21-CV-00159-BRW

POINSETT COUNTY, ARKANSAS                                          DEFENDANT

## JUDGMENT

Based on the Order entered today, August 31, 2022, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of August, 2022.


                                          \_\_\_\_\_BILLY ROY WILSON_____
                                          UNITED STATES DISTRICT JUDGE